UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| Desmond Ambrose Pridgen ) | | CHAPTER 13 |
|    Debtor ) | | |
| ) | | CASE NO. A07-66460 - MHM |

## VOLUNTARY DISMISSAL UNDER SECTION 1307(b)

Comes now Debtor, by and through debtor's attorney, and states as follows:

     Under Section 1307(b) of the Bankruptcy Code, the debtor is entitled to have this Chapter 13 case dismissed at any time, and the debtor, by this motion, respectfully requests that such case be dismissed and the estate closed as soon as practicable.

     WHEREFORE, the Debtor pursuant to Rule 1017(d) of the Rules of Bankruptcy Procedure, move this honorable court to enter an order dismissing this case and closing the estate as soon as practicable.


Monday, June 23, 2008                                                     /s/
Date                             Tony Sandberg Attorney for Debtor
                                 GA Bar No. 625210
                                 229 Peachtree Street
                                 International Tower, Suite 705
                                 Atlanta, GA 30303
                                 (404) 827-9799


I hereby certify that I am voluntarily dismissing my Chapter 13 Bankruptcy Case.  I understand that if a Motion for Relief from Stay of any sort has been filed in my case, I will not be able to file another Chapter 13 or Chapter 7 bankruptcy case for 180 days from the date of the Dismissal Order that lists debts involved in the Motion for Relief of Stay and probably not under any circumstances.


Monday, June 23, 2008                                                     /s/
Date                             Desmond Ambrose Pridgen

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

Desmond Ambrose Pridgen            )            CHAPTER 13
   Debtor                                         )
                                            )            CASE NO. A07-66460 - MHM

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this day I served a copy of the within Debtor's Voluntary Dismissal Under Section 1307(b) and Affidavit of Debtor filed in this bankruptcy case on Adam Goodman - Chapter 13 Trustee, by mail at the following address:

Adam Goodman - Chapter 13 Trustee
260 Peachtree Street, NW
Suite 200
Atlanta, GA 30303


Dated: Monday, June 23, 2008

By: _____  /s/
The Sandberg Law Firm
Kristopher Rogers, Clerk
229 Peachtree Street
International Tower, Suite 705
Atlanta, GA 30303
(404) 827-9799